939 So.2d 107 (2006)
JOHN GARRICK, Appellant,
v.
THE STATE OF FLORIDA, Appellee.
Case No. 3D06-609.
District Court of Appeal of Florida, Third District.
Opinion filed September 13, 2006.
John Garrick, in proper person.
Charles J. Crist, Jr., Attorney General, and Linda S. Katz, Assistant Attorney General, for appellee.
Before GERSTEN, GREEN, and SUAREZ, JJ.
PER CURIAM.
Affirmed.
NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING MOTION AND, IF FILED, DISPOSED OF.